**Opinion issued April 22, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————————

**NO. 01-13-00967-CR**

**NO. 01-13-00968-CR**

———————————————

**TRAVIS MICHAEL POHL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Criminal Court at Law No. 11**
**Harris County, Texas**
**Trial Court Case No. 1883104, 1883105**

---

**MEMORANDUM OPINION**

Appellant, Travis Michael Pohl, has filed motions to dismiss each of these appeals, in compliance with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in the appeals.

Accordingly, we reinstate these appeals, grant the motions, and dismiss the appeals. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Massengale and Huddle.

Do not publish. TEX. R. APP. P. 47.2(b).